UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EARL WILSON — Docket # 2006KN067339

**07   948   TOWNES, J.**

(In the space above enter the full name(s) of the plaintiff(s).)

v.

Defendant No. 1  NEW YORK CITY
70 PCT -154 Lawrence Ave Brooklyn, NY 11230

Defendant No. 2

Defendant No. 3

Defendant No. 4

Defendant No. 5

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes YES   No ___
(check one)

RECEIVED
FEB 20 2007
PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name EARL WILSON
ID # 1410617298
Current Institution RIKERS ISLAND
Address 1818 HAZEN STREET
EAST ELMHURST N.Y 11370   RIKERS ISLAND

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  John Doe _____ Shield # 28854
                  Where Currently Employed  70 PCT
                  Address  154 Lawrence Avenue, Brooklyn, NY 11230

Defendant No. 2   Name  _____ Shield # _____
                  Where Currently Employed
                  Address  67th PCT

Defendant No. 3   Name  _____ Shield # _____
                  Where Currently Employed
                  Address

Defendant No. 4   Name  _____ Shield # _____
                  Where Currently Employed
                  Address

Defendant No. 5   Name  _____ Shield # _____
                  Where Currently Employed
                  Address

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?  I called the Police made a Report that my bicycle was stolen I was then Arrested

B. Where in the institution did the events giving rise to your claim(s) occur?
   Newkirk & Bedford Ave

C. What date and approximate time did the events giving rise to your claim(s) occur?
   9/28/06   2am

2

D. Facts: On 9/28/06 I was Robbed, Cursed, threatened Assaulted, out-Numbered & In Fear For my life. I called the police Was Arrested & Charged with menecing. 90 days LaTer Charges was dismissed in my Favor 1/2/07

What happened to you?

Who did what?

Was anyone else involved?

o it pened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
   Yes ___ No ✓

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). 70 PCT 154 LAWRENCE AVENUE, BROOKLYN, NY 11230

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___   No NO   Do Not Know ?___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes YES   No ___   Do Not Know ___

If YES, which claim(s)? I made a report that I was (Robbed) stolen bicycle

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?

Yes ___   No ___   Do Not Know ?___

If YES, which claim(s)? ___

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No No

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No No

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? In criminal court (Part-5)

1. Which claim(s) in this complaint did you grieve? I was robbed I CALLED THE POLICE, AND WAS LOCKED UP UNLAWFUL IMPRISONMENT

2. What was the result, if any? Case dismissed in my favor ~~~~~ 1/2/07

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. ___

4

In the interest of justice                    1/2/07

Earl wilson # 1410617298 /Docket # 2006KN067339

V.

The city of new york

On 9/28/06 I was arrested and charged with menecing and possession of a weapon. which was not in my possession. I had stopped at a grocery store, with my bicycle to purchase a few items. On my way into the store four individuals was standing out side as I exit the store my bicycle was gone. I then looked around then asked the three remaining persons about the where about of my bicycle I was robbed, cursed, threatened, assaulted, and out numbered. In fear for my life" I CALLED THE POLICE". I was arrested and charged with the above "A misdemeanor"(120.14) even though I was the "VICTIM". No one is pressing charges, or came to court, 180.80 Hrs have passed no indictment, 45 days have passed no grand jury indictment or release. The above date is my next court appearance and would make 90 days with no indictment statement from my accusers. According to C.P.L-120.14 all charges should be dismissed. Because of the above allegation INS have a hold on me. My bail is one dollar.
The following was the consequence of false arrest and violation of the u.s and N.Y.S.C constitutional violation 1,2,4,5,6,7,8,9,11,14 Amendment and bill of rights also civil rights violation.
(1)False imprisonment.(2)Lost of employment.(3)Lost of apartment.

(4)Legal exspence.(5)Mental stress and emotional anguished for myself and family about being deported to a country I've left 30 years, with no home, no family or friend to go to because of false arrest.(6)Also fear and mental anguish for facing up to 7 years in prison if I violate an order of protection for those who conspired and robbed me, given to me by the court.

(7)Because of false arrest INS put plaintiff on list of deportee causing hardship and mental stress, jeapordizing my "GI" benefits which includes Medical, Life insurance for 25 thousand dollars and a guaranteed home lone by "VA" for 35 to 250,000 dollars.

(8)Because of false arrest plaintiff was put in jeopardy twice for same offence, a violation of my constitutional rights 5th amendment.

Plaintiff seeking 20 million for compensation and damages.

I am requesting legal representation and a stay of execution until this matter is resolved.

Frederick Knewington Law office (516)489-6959

| DD FORM 214 1 JUL 79 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |
|---|---|---|

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| WILSON, EARL ADOLPHUS | ARMY RA | 097 58 2376 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| SP4 | E4 | 600418 | BROOKLYN NEW YORK 11225 |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| HQ COMPANY LAW ENFORCEMENT ACTV REP. OF PANAMA FC | FORT JACKSON SOUTH CAROLINA 29207 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| USAR CONTROL GROUP (REINFORCEMENT) RCPAC ST. LOUIS MO 63132 | AMOUNT $ 20,000  ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR(s) | MON(s) | DAY(s) |
|---|---|---|---|---|
| 71L1$ ADMINISTRATIVE SPECIALIST 2 YEARS AND 6 MONTHS | a. Date Entered AD This Period | 77 | 07 | 13 |
| | b. Separation Date This Period | | | |
| | c. Net Active Service This Period | | 11 | |
| | d. Total Prior Active Service | | | |
| | e. Total Prior Inactive Service | | | |
| | f. Foreign Service | | | |
| | g. Sea Service | | | |
| | h. Effective Date of Pay Grade | | | |
| | i. Reserve Oblig. Term. Date | 03 | | 29 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

NONE

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)

ADMINISTRATIVE SPECIALIST  5 WEEKS  DECEMBER 1977

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☒ YES ☐ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID 35 |
|---|---|---|

18. REMARKS

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 535 LEFFERTS AVENUE BROOKLYN NEW YORK 11225 | SENT TO DIR. OF VET AFFAIRS ☒ YES ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| RELIEF FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENLISTMENT CODE |
|---|---|---|
| PARA 5-12 AR 635-200 | LBH | 1B |

28. NARRATIVE REASON FOR SEPARATION

SHORT LENGTH OF TIME REMAINING ON ACTIVE DUTY PRECLUDES REASSIGNMENT

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|

S/N 0102-LF-009-2140

If you did not file _____, did you inform any officials of your claim(s)?

Yes ✓   No ___

1. If YES, whom did you inform and when did you inform them? The ARResting OFFicer & My Lawyer

2. If NO, why not? _____

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. AN ORDER OF PROTECTION Was Taken out By the Court ——— AGainst me & I Was Told IF I Violate I CaN Get up To seveN years IN Prison, Because of the Arrest "INS" WaNTED TO Deport me To A CuNTRY I've left 30 years AGo With No Home, Family OR FRiends

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:
State what you want the court to do for you. _____

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

5

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____
Defendants _____
2. Court (if federal court, name the district; if state court, name the county) _____
_____
3. Docket or Index number _____
4. Name of Judge assigned to your case **Bloom**
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ___ No ___
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) **Judgment in my Favor**
_____
_____

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ___ No ✓

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
Plaintiff _____
Defendants _____
2. Court (if federal court, name the district; if state court, name the county) _____
_____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit: _____
6. Is the case still pending? Yes ___ No ___
If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

6

Signed this 7 day of December, 2006 I declare under penalty of perjury that the foregoing is true and correct.

_____ Signature of Plaintiff

Inmate Number   1410617298

Mailing address   335 Lefferts ave
Brooklyn, 11225, apt C11
New York

Phone (718) 7568298

PORT Isabel Dentention Center
27991 Buena Vista Road
Los FRESNOS, Texas 78566
Phone (956) 547-1700

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 7 day of December, 2006 I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Earl Wilson*

rev. 09/04

7