FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ MAR 31 2010

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EARL WILSON,

                    Plaintiff,

— against —

OFFICER DAMON MCMULLEN, # 28854;
OFFICER CRAIG BERLIN, # 25933; SERGEANT
JOHN MARTINEZ, Shield # 12489;

                    Defendants.
-----------------------------------------------------------X

**JUDGMENT**

07-CV-948 (SLT) (LB)

A Memorandum and Order of the Honorable Sandra L. Townes, United States District Judge, having been filed on March 30, 2010, dismissing all federal claims against all defendants with prejudice; dismissing all state law claims without prejudice; and dismissing plaintiff's complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that all federal claims against all defendants are dismissed with prejudice; that as this Court declines to exercise jurisdiction over plaintiff's remaining state law claims, all state law claims are dismissed without prejudice; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
        March 31, 2010

                                      /s/ SANDRA L. TOWNES
                                      United States District Judge